UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  WA:25-CR-00054(1)-ADA |
| | § | |
| (1) DARWYN DEMOND LEWIS | § | |

### ORDER ACCEPTING REPORT AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

Before the court is the above styled and numbered cause.  On  March 17, 2025

the United States Probation Office filed a Petition For Warrant or Summons For

Offender Under Supervision for Defendant (1) DARWYN DEMOND LEWIS, which

alleged that Lewis violated a condition of His supervised release and recommended that

Lewis 's supervised release be revoked (Clerk's  Document No. 2).  A warrant issued

and Lewis was arrested.  On March 28, 2025, Lewis appeared before a United States

Magistrate Judge, was ordered detained, and a revocation of supervised release hearing

was set.

Lewis appeared before the magistrate judge on April 22, 2025, waived His right to

a preliminary hearing and to be present before the United States District Judge at the time

of modification of sentence, and consented to allocution before the magistrate judge.

Following the hearing, the magistrate judge signed his report and recommendation on

April 25, 2025, which provides that having carefully considered all of the arguments and

evidence presented by the Government and Defendant, based on the original offense and

the intervening conduct of Lewis, the magistrate judge recommends that this court revoke

Lewis supervised release and that Lewis be sentenced to imprisonment for Eight (8)

months, with no term supervised release to follow the term of imprisonment (Clerk's

Document No. 14).

A party may serve and file specific, written objections to the proposed findings

and recommendations of a magistrate judge within fourteen days after being served

with a copy of the report and recommendation, and thereby secure a *de novo* review by

the district court. *See* 28 U.S.C.§ 636(b); Fed. R. Civ. P. 72(b). A party's failure to

timely file written objections to the proposed findings, conclusions, and recommendation

in a report and recommendation bars that party, except upon grounds of plain error, from

attacking on appeal the unobjected-to proposed factual findings and legal conclusions

accepted by the district court. *Douglass v. United Services Auto Ass 'n,* 79 F.3d1415 (5th

Cir. 1996) *(en bane).* The parties in this cause were properly notified of the consequences

of a failure to file objections.

On April 22, 2025, following the hearing on the motion to revoke supervised

release, all parties signed a Waiver Of Fourteen Day Rule For Filing Objections To

Report and Recommendation OfUnited States Magistrate Judge (Clerk's Document No.

13). The court, having reviewed the entire record and finding no plain error, accepts

and adopts the report and recommendation filed in this cause.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the

United States Magistrate Judge filed in this cause (Clerk's Document No. 14 ) is

hereby ACCEPTED AND ADOPTED by this court.

      **IT IS FURTHER ORDERED** that Defendant (1) DARWYN DEMOND

LEWIS's term of supervised release is hereby REVOKED.

      **IT IS FURTHER ORDERED** that Defendant (1) DARWYN DEMOND LEWIS

be imprisoned for Eight (8) months with no term of supervised release.

      Signed this 28th day of April, 2025.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE